IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00115-MEH-BNB

FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR BESTBANK, BOULDER, COLORADO,

    Plaintiff,

v.

ST. PAUL COMPANIES, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, AS SUCCESSORS IN INTEREST TO UNITED STATES FIDELITY & GUARANTY COMPANY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 24, 2006.**

    The Motion to Stay Proceedings by The United States as an Interested Party [Filed April 20, 2006; Docket #60] is **granted**. The parties are directed to submit a joint status report within fifteen days after the conclusion of the criminal trial so that the Court may determine when it is appropriate to lift this stay. The Clerk of the Court is directed to administratively close this case until the Court determines it should be reopened.