IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00115-MEH-BNB

FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR
BESTBANK, BOULDER, COLORADO,

      Plaintiff,

v.

ST. PAUL COMPANIES, and ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, AS SUCCESSORS IN INTEREST TO UNITED STATES FIDELITY &
GUARANTY COMPANY,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 26, 2008.**

      Plaintiff's Unopposed Motion for Leave to File Amended Complaint [filed August 1, 2008; docket #89] is **granted**. Plaintiff shall submit its First Amended Complaint on or before Wednesday, **September 3, 2008** consistent with this Court's Order granting in part and denying in part Defendants' Motion for Summary Judgment and denying Plaintiff's Cross-Motion for Partial Summary Judgment [docket #90].