IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00115-MEH-BNB

FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR
BESTBANK, BOULDER, COLORADO,

    Plaintiff,

v.

ST. PAUL COMPANIES, and ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, AS SUCCESSORS IN INTEREST TO UNITED STATES FIDELITY &
GUARANTY COMPANY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 25, 2008.**

    For good cause shown, the parties' Joint Motion to Modify Scheduling Order [filed September 24, 2008; docket #95] is **granted**. The Scheduling Order shall be amended as follows:

    Initial expert reports due: September 10, 2008
    Responsive expert reports due: October 10, 2008
    Rebuttal expert reports due: October 31, 2008
    Close of discovery: February 6, 2009
    Dispositive motions deadline: March 6, 2009
    Deadline to file opposition(s) to Dispositive motion(s): March 27, 2009
    Deadline to file rebuttals to oppositions: April 10, 2009
    Final pretrial order due: May 8, 2009
    Final Pretrial Conference/Trial Preparation Conference : May 14, 2009
    One week jury trial commences: June 15, 2009