IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 03-cv-00115-MEH-BNB | Date: January 21, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | John G. Turner, III |
| Plaintiff, | |
| vs. | |
| ST. PAUL COMPANIES and | David K. Kerr |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | Patrick Pike |
| | Sean Foley |
| Defendant, | |
| USA, | Michael Carey |
| | John Haried |
| Interested Party. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTIONS HEARING**

**Court in session:** 10:04 a.m.

Court calls case. Appearances of counsel. Mr. Pike and Mr. Foley appear by telephone.

Discussion and argument regarding Government's Motion for Leave to File Response (Doc. #107, filed 1/16/09), the Court's Memorandum and Opinion and Order (Doc. #106, filed 1/16/09), Plaintiff's Response to Defendants' Motion for Access to Grand Jury Materials (Doc. #105, filed 1/15/09), and Defendants' Supplement (Doc. #103, filed 1/15/09).

**ORDERED:** 1. For reasons stated on the record, Government's Motion for Leave to File Response (Doc. #107, filed 1/16/09) is GRANTED. The Government shall file their objection and motion by **January 30, 2009.** Plaintiff and Defendants shall file their responses by **February 9, 2009.** The Government shall file a reply, if needed, by **February 13, 2009.** The Court directs counsel to address the issue of appointing a Special Master in their briefs.

2. The Court holds its Order of January 16, 2009, in abeyance until further notice.

**Court in recess:** **10:20 a.m. (Hearing continued/concluded)**
**Total time in court:** 0:16