IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00115-MEH-BNB

FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for
BESTBANK, Boulder, Colorado,

    Plaintiff,

v.

ST. PAUL COMPANIES, and ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, as successors in interest to UNITED STATES FIDELITY &
GUARANTY COMPANY,

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

In consideration of the discussion held on the record on January 21, 2009 [*see* docket #109], it is hereby ORDERED that this Court's order [filed January 16, 2009; docket #106] is held in abeyance pending the briefing and adjudication of the matters raised in Defendants' Motion for Access to Grand Jury Materials [filed December 17, 2008; docket #102], until further order of the Court.

Dated in Denver, Colorado, this 21st day of January, 2009.

                                    BY THE COURT:

                                    s/ Michael E. Hegarty
                                    Michael E. Hegarty
                                    United States Magistrate Judge