IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00115-MEH-BNB

FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for
BESTBANK, BOULDER, COLORADO,

      Plaintiff,

v.

ST. PAUL COMPANIES, and ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, as successors in interest to UNITED STATES FIDELITY &
GUARANTY COMPANY,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 27, 2009.**

      In light of the parties' representations to the Court that a settlement of this matter has been successfully concluded, Defendants' Second Motion for Summary Judgment [filed March 6, 2009; docket #120] is **denied without prejudice**.