IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00115-MEH-BNB

FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for
BESTBANK, BOULDER, COLORADO,

    Plaintiff,

v.

ST. PAUL COMPANIES, and ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, as successors in interest to UNITED STATES FIDELITY &
GUARANTY COMPANY,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Joint Stipulation of Dismissal [filed August 3, 2009; docket #137], and the Court being fully advised, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE**, each party to pay its own fees and costs.

Dated at Denver, Colorado, this 3rd day of August, 2009.

                                              BY THE COURT:

                                              s/ Michael E. Hegarty
                                              Michael E. Hegarty
                                              United States Magistrate Judge